## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| MISSION BAY SKI & BIKE, INC., | Case No. 07-20870 |
| Debtor. | Hon. A. Benjamin Goldgar |
| RICHARD M. FOGEL, as trustee of the bankruptcy estate of Mission Bay Ski & Bike, Inc.<br>Plaintiff,<br>v.<br>WILLIAM W. LINNEMANN, VALERIE J. GERVAIS, and FIRST AMERICAN BANK, an Illinois banking corporation<br>Defendants. | Adversary No. 08-55<br><br>Hearing Date: **June 15, 2009**<br>Hearing Time: **9:30 a.m.** |

### ORDER GRANTING TRUSTEE'S MOTION TO
### STRIKE AFFIRMATIVE DEFENSES AND JURY DEMAND

Upon consideration of the motion ("Motion")[1], pursuant to Fed. R. Civ. P. 12(f), made applicable by Fed. R. Bankr. P. 7012, of Richard M. Fogel, not personally, but as Trustee ("Trustee") of the bankruptcy estate of Mission Bay Ski & Bike, Inc. ("Debtor"), requesting the entry of an order striking certain affirmative defenses and jury demand of First American Bank ("FAB"); due and proper notice of the Motion having been provided; and it appearing that there is good cause to grant the relief requested;

**IT IS HEREBY ORDERED**

1. Affirmative Defenses One, Two, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven and Twelve are stricken.

2. FAB's jury demand is stricken.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

{6892 MOT A0233463.DOC}1

**ENTER:**

Dated:_____                                    _____